CAREY EBERT, CHAPTER 13 TRUSTEE                                                          Check #.: 1164661
Payee: Clerk of Court                                                                    Date: 01/10/2019
Please notify the Court & this office of any changes made after filing fo your claim. (ex: account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1760492 | 00000 | MARY P. CUNNINGHAM  Original Check written to:  MARY P. CUNNINGHAM  1428 E. EARLE ST.  TYLER, TX, 75702 | | 0.00 | 3,980.84 | 0.00 | 3,980.84 |
| | | | TOTALS | 0.00 | 3,980.84 | 0.00 | 3,980.84 |

Case 17-60492    Doc 58    Filed 01/10/19    Entered 01/10/19 15:26:24    Desc Main
                                 Document      Page 1 of 1